ALFRED TALLMAN, Respondent, *v.* THE TOWN OF RAMAPO, Appellant.

(Argued February 7, 1887; decided March 1, 1887.)

*Garrett Z. Snider* for appellant.

*Cornelius P. Hoffman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM H. DORAN, an Infant, etc. Appellant, *v.* THE CITY OF TROY, Respondent.

(Argued February 8, 1887; decided March 1, 1887.)

*R. A. Parmenter* for appellant.

*William J. Roche* for respondent.

Agree to affirm; no opinion.
All concur except PECKHAM, J., not voting.
Judgment affirmed.